IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PATRICIA WEIS,

        Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

Case No.: 3:13-cv-164

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #23), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on May 8, 2015 (Doc. #23) is **ADOPTED** in full;

2. Plaintiff's unopposed motion for an EAJA fee award (Doc. #19) is **GRANTED**;

3. Plaintiff is **AWARDED** $5,701.25 in EAJA fees; and

4. The case remains **TERMINATED** on the docket of this Court.

Date: 5-29-15

Walter H. Rice
United States District Judge